**SOUTHWESTERN AMBULATORY SURGERY CENTER, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 11, 2000.

Decided Jan. 16, 2001.

James A. Ashton, Pittsburgh, Joan Cooney Tiberio, Carnegie, for Southwestern Ambulatory Surgery Center.

Donna M. Joyce, pro se.

Clifford Blaze, Harrisburg, Carol J. Mowery, for Unemployment Compensation Bd. of Review.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 16th day of January, 2001, the appeal is dismissed as having been improvidently granted.

Justice ZAPPALA dissents and would reach the merits of the case.